**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-4035

_____

| | | |
|---|---|---|
| Herbert C. Elliott, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | Tax Court. |
| | * | |
| Commissioner of Internal Revenue, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: April 15, 1998
Filed: April 30, 1998

_____

Before WOLLMAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Herbert Elliott appeals the United States Tax Court's[1] determination that the Internal Revenue Service's assessment of certain tax deficiencies was correct. Upon review of the record and the parties' briefs, we affirm the judgment of the tax court for the reasons stated in its decision. See 8th Cir. R. 47B.

---

[1]The Honorable David Laro, United States Tax Court Judge.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.